**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

| | |
|---|---|
| MARLIN MAURICE DUMAS, ) <br> ) <br> Appellant, ) <br> ) <br> v. ) <br> ) <br> HAROLD W. CLARKE, Director of the ) <br> Virginia Department of Corrections, ) <br> ) <br> Appellee. ) <br> _____) | No. 14-7016 <br> Case No.: 2:13-cv-00398-RBS-LRL <br> Eastern District of Virginia, Norfolk |

## JOINT MOTION TO HOLD APPEAL IN ABEYANCE

Pursuant to Federal Rule of Appellate Procedure 27 and Local Rule 12(d), Appellant Marlin Maurice Dumas and Appellee Harold W. Clarke request that this Court hold the above-captioned case in abeyance pending the U.S. Supreme Court's decision in *Montgomery v. Louisiana*, No. 14-280.

1.  In *Montgomery*, the U.S. Supreme Court will address the sole legal issue in this appeal whether the Court's decision in *Miller v. Alabama*, 132 S. Ct. 2455 (2012), which announced a new rule of constitutional law, is retroactive to cases on collateral review.

2.  The Court previously stayed Mr. Dumas's appeal pending a decision in *Johnson* (Doc. No. 11) and pending a decision on the petition for rehearing and rehearing en banc in *Johnson* (Doc. No. 15). On March 31, 2015, the Court denied Mr. Johnson's petition for rehearing and rehearing en banc. On March 23, 2015, the U.S. Supreme Court granted certiorari in *Montgomery*.

3. The parties accordingly request the Court continue to hold this case in abeyance until *Montgomery* is decided. *Montgomery* will be briefed this summer and heard early next Term.

4. A stay would best promote efficient consideration and disposition of this appeal, and it will promote judicial economy and preserve the parties' resources. Finally, because briefing has not yet begun, no party will suffer any cognizable prejudice by a further temporary stay.

Wherefore, the parties to this appeal jointly and respectfully request that this Court hold the above-captioned case in abeyance pending the decision of the U.S. Supreme Court in *Montgomery v. Louisiana*.

Date:   April 1, 2015

Respectfully submitted,

  /s/ David W. O'Brien
DAVID W. O'BRIEN (VSB #14924)
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC  20004
(202) 624-2500 (tel)
(202) 628-5116 (fax)

*Counsel for Appellant*

  /s/ Kathleen B. Martin
KATHLEEN B. MARTIN (VSB #23555)
OFFICE OF THE ATTORNEY GENERAL
900 East Main Street
Richmond, Virginia 23219
(804) 786-2071

*Counsel for Appellee*

DCACTIVE-31351031.1

2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court on April 1, 2015 by using the appellate CM/ECF system. All counsel of record in this case are registered CM/ECF users and will be served by the CM/ECF system.

          /s/ David W. O'Brien
DAVID W. O'BRIEN (VSB #14924)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 624-2500 (tel)
(202) 628-5116 (fax)

*Counsel for Appellant*